**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00660-CV

**STEPHEN CHU, DDS, MSD, PA D/B/A SMILE AGAIN ORTHODONTICS, Appellant**

**V.**

**HENRY SCHEIN, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12496-C**

## ORDER

We **GRANT** appellant's July 24, 2013 motion for an extension of time to file a brief.

Appellant shall file a brief on or before August 22, 2013.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE